In the Matter of the Application of EMMA MODE, Appellant, for an Order Directing HARRY SAKS HECHHEIMER, an Attorney at Law, Respondent, to Pay over Certain Moneys.— Order reversed, with ten dollars costs and disbursements, and matter referred to Hon. M. Warley Platzek, official referee, to take proof of the facts alleged in the petition herein and in the answering affidavits and report

to the Special Term. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.